DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBIN MOLESE,**
Appellant,

v.

**KRISTEN CONNOLLY,**
Appellee.

No. 4D2023-0349

[July 18, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO21-025904.

Allison A. Mingo of The Ticktin Law Group, Deerfield Beach, for appellant.

Terrance W. Anderson, Jr. of Nelson Mullins Riley & Scarborough, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***